No. 993.   Otis & Co. v. Securities & Exchange Commission et al.   June 12, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted.   *Messrs. Arthur G. Logan* and *Robert J. Bulkley* for petitioner.   *Solicitor General Fahy* and *Messrs. Roger S. Foster, Homer Kripke,* and *Theodore L. Thau* for the Securities & Exchange Commission, and *Messrs. Donald R. Richberg* and *Clarence A. Southerland* for the United Light & Power Co., respondents.

No. 996.   New York & Saratoga Springs Commission et al. v. United States.   June 12, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.   *Mr. Nathaniel L. Goldstein,* Attorney General of New York, for petitioners.   *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Paul R. Russell* for the United States.

· No. 1000.   Central States Electric Co. v. City of Muscatine et al.   June 12, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.   *Mr. Bert L. Klooster* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Chester T. Lane* and *Charles V. Shannon* for the Federal Power Commission; *Mr. Matthew Westrate* for the City of Muscatine; and *Elmer E. Johnson, pro se,*— respondents.

No. 995.   Schwartz v. Commissioner of Internal Revenue.   June 12, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.   *Mr. Arthur Rosenblum* for petitioner.   *Solici-*